```
                              FILED
                    CLERK, U.S. DISTRICT COURT
                           JUL 29 2009
                    CENTRAL DISTRICT OF CALIFORNIA
                    BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 03-00168-R |
| ) | |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | 18 U.S.C. § 3143(a) |
| ) | Allegations of Violations of |
| MARVIN ALLEN, ) | Probation/Supervised Release |
| ) | Conditions) |
| Defendant. ) | |

   On arrest warrant issued by the United States District Court for the _CDCA_ involving alleged violations of conditions of probation/supervised release,

   The court finds no condition or combination of conditions that will reasonably assure:

   A.   (✓)  the appearance of defendant as required; and/or

   B.   (✓)  the safety of any person or the community.

          The Court concludes:

   A.   (✓)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

   _he can abide by cond. of release_
   _____

B.  (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _he can abide by cond. of release_

IT IS ORDERED defendant be detained.

DATED: July 29, 2009.

_Carolyn Turchin_
CAROLYN TURCHIN
U.S. MAGISTRATE/DISTRICT JUDGE